### R. L. BRIGHT v. NOAH BRIGHT.

(Filed 24 September, 1947.)

APPEAL by plaintiff from *Burgwyn, Special Judge,* at May Term, 1947, of PASQUOTANK. Affirmed.

Civil action to recover damages resulting from a fire alleged to have been caused by the negligence of the defendant, in which the defendant denies negligence and pleads a judgment of nonsuit entered in a former action on the same cause of action as *res judicata* and in bar.

There was a judgment of nonsuit to which plaintiff excepted and appealed.

*J. W. Jennette and R. Clarenze Dozier for plaintiff appellant.*

*John H. Hall for defendant appellee.*

PER CURIAM. It may be that, on this record, defendant's plea of *res judicata* is sufficient to sustain the judgment below. This we need not decide, for a careful examination of the record fails to disclose any evidence tending to show that plaintiff suffered his loss as a proximate result of actionable negligence of the defendant. For that reason the judgment below is

Affirmed.